IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEBRA DE SALVO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DG3 NORTH AMERICA, INC.,<br><br>Defendant. | Case No. 2:24-cv-07887-MEF-JSA |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Debra De Salvo, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i), hereby voluntarily dismisses this action against Defendant DG3 North America, Inc. without prejudice.

Dated:  September 30, 2024

Respectfully submitted,

By: /s/ *Vicki J. Maniatis*
Vicki J. Maniatis
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, New York 11530
Tel.:   (212) 594-5300
vmaniatis@milberg.com

**SO ORDERED**.

_____
Michael E. Farbiarz, U.S.D.J.
Date:  10/1/2024

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 30, 2024 the foregoing document was filed via the Court's ECF system, which will cause a true and correct copy of the same to be served electronically on all ECF-registered counsel of record.

/s/ *Vicki J. Maniatis*
Vicki J. Maniatis
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
405 East 50th Street
New York, New York 11530
Tel.:   (212) 594-5300
vmaniatis@milberg.com